◼ In the Matter of VALENTINA M.S., an Infant. LIVINGSTON COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; DARRELL W., Appellant. (Appeal No. 2.) [60 NYS3d 924]—Appeal from an addendum of the Family Court, Livingston County (Robert B. Wiggins, J.), entered June 13, 2016 in a proceeding pursuant to Family Court Act article 10. The addendum clarified a prior order.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Matter of Kolasz v Levitt*, 63 AD2d 777, 779 [1978]). Present—Carni, J.P., Lindley, NeMoyer, Curran and Troutman, JJ.